**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XYZ CORPORATION,<br><br>　　PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　DEFENDANTS. | CASE NO.: 1:20-CV-05338<br><br>JUDGE MARVIN E. ASPEN<br><br>MAGISTRATE JUDGE JEFFREY I. CUMMINGS |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | 13113122 |
| 8 | 2014-bicycle |
| 10 | 2018upsidedown |
| 14 | abapeer |
| 28 | animallov |
| 32 | atom.2014 |
| 50 | brotherhuang1983 |
| 52 | buyawilldeal |
| 63 | chineseherb |
| 64 | cleanto |
| 67 | cloudfliy |
| 69 | cnhistar |
| 86 | dgbear |
| 101 | duhongxia2018 |
| 103 | dxpro-us |
| 106 | easyglobalbuying |
| 112 | er1310-79 |
| 121 | feng1970 |
| 134 | gietopstore |
| 135 | gmb.co.ltd |
| 139 | gracewater |
| 169 | huizheng1029 |
| 173 | i-choose |
| 183 | jianjian2015 |
| 194 | kvvhome09 |

| | |
|---|---|
| 196 | lalang_accessory_supply |
| 261 | olyli42b7 |
| 283 | red_star1689 |
| 300 | shopitemsnack07 |
| 326 | the_eastern_vogue |
| 327 | thelittleblackdress |
| 342 | udo*14 |
| 344 | unvo5542 |
| 358 | worldsale18 |
| 363 | XRCJSXSH520 |
| 365 | yanzhgu_0 |
| 367 | yejia8818 |
| 467 | youkouking |
| 469 | YSD Direct |
| 475 | ablave |
| 477 | aduom |
| 479 | AlenX |
| 482 | amaping |
| 483 | ambrilliant2deal |
| 485 | AVK Products |
| 487 | beauty mask |
| 488 | bestshop999 |
| 494 | Carrolls Irish Gifts |
| 500 | clinch a deal |
| 508 | Dai Mei Jin |
| 510 | deal hobbies |
| 511 | x hot popcorn |
| 512 | Ding Goods |
| 514 | dreamingtrue |
| 525 | Free and happy |
| 527 | fusicase |
| 529 | GARY TODD |
| 530 | GBell |
| 531 | Genesis21Shop |
| 537 | Hainiter |
| 541 | HOBULL Mall |
| 555 | Kingtree |
| 560 | Liberty Dealss |
| 562 | Little Bear Junkers |
| 563 | Livoty |
| 567 | mawp |
| 584 | plafueto |
| 590 | radarga |
| 596 | ruianNAh |
| 600 | Skosnjue |
| 602 | So Flo Sales |
| 607 | The Originall |
| 611 | toitehoo-us |
| 615 | toyoyo |
| 625 | wannabuy |
| 626 | win zone |

Dated: December 16, 2020 Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 16, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Alison Carter*
               Alison Carter