## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RUBIK'S BRAND, LTD.,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:20-CV-05338<br><br>JUDGE MARVIN E. ASPEN<br><br>MAGISTRATE JUDGE JEFFREY I. CUMMINGS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 11 | 682588*ll |
| 38 | best*deal*shop |
| 54 | CC-NAXX |
| 66 | clever-VY |
| 128 | gamemars369 |
| 143 | gsale1213 |
| 149 | yxsly |
| 190 | koga8481 |
| 197 | lalangjewelry |
| 210 | linnflickmall |
| 216 | lu9778 |
| 220 | yetnet519 |
| 248 | newstyle1500 |
| 258 | NIOH-MC |
| 266 | parismissmoley |
| 277 | qlfg7416 |
| 280 | queenmade |
| 296 | seeyamall |
| 314 | superme1874 |
| 350 | wandeshop999 |
| 366 | yeastcrab |
| 431 | Mi 3C Store |
| 442 | Qshun Official Store |
| 460 | SMOO Makeup Store |
| 490 | Binory |
| 519 | fench |

| | |
|---|---|
| 521 | fineshelf |
| 550 | jolitac-us |
| 575 | Naisi Tech |
| 594 | road far supply chain |
| 598 | shindn |
| 605 | teaflour |
| 610 | ticasta |

Dated:    January 16, 2021    Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 16, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter