IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBIK'S BRAND, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:20-CV-05338 <br><br> JUDGE JOHN J. THARP JR. <br><br> MAGISTRATE JUDGE JEFFREY CUMMINGS |

**DEFAULT JUDGMENT ORDER**

This action, having been commenced by Rubik's Brand, Ltd. ("Rubik's" or "Plaintiff") against the Defendants identified in the attached Schedule A to the Complaint, and using the online marketplace accounts (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and Rubik's, having moved for entry of Default and Default Judgment against the Defendants identified in Schedule A to the Complaint, attached hereto, with the exception of certain Defendants[1] (collectively, the "Defaulting Defendants");

This Court having entered a preliminary injunction, Plaintiff properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

---

[1] Rubik's's Motion for Entry of Default and Default Judgment does not apply to the following Defendants: personalized_gifts_shop, lotus.flower, and yoyoly.

1

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.), and willful copyright infringement, pursuant to 17 U.S.C. § 504(c) as to goods which bear infringing and/or counterfeit versions of the Rubik's Trademarks, U.S. Trademark Registration Nos. 2,285,794; 1,242,974; and, 1,265,094, and/or which bear versions or derivative content of the Rubik's Copyrights, identified in Exhibit 2 attached to the Amended Complaint: VA0001734187; VA0000061281; VA0000240828; TX0001929431; VA0000237786; VA0000262280; VA0000252777; TX0002011901; and, TX0001904016.

IT IS HEREBY ORDERED that Rubik's Brand, Ltd.'s Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Rubik's Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Rubik's Product or not authorized by Rubik's to be sold in connection with the Rubik's Trademarks and Copyrights;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Rubik's Product or any other product produced by Rubik's, that is not Rubik's's or not produced under the authorization, control or supervision of Rubik's and approved by Rubik's, for sale under the Rubik's Trademarks and Copyrights;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Rubik's, or are sponsored by, approved by, or otherwise connected with Rubik's;

d. further infringing the Rubik's Trademarks and Copyrights and damaging Rubik's's goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Rubik's, nor authorized by Rubik's to be sold or offered for sale, and which bear any of the Rubik's Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and,

g. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Rubik's Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine Rubik's Product, or not authorized by Rubik's to be sold in connection with the Rubik's Trademarks and Copyrights.

2. Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces such as PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH), eBay, Inc. ("eBay"), Amazon Payments, Inc. ("Amazon"), Etsy, Alipay US, Inc. ("Alipay"), iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within seven (7) calendar days of receipt of this Order:

   a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the Rubik's Trademarks and Copyrights, including any accounts associated with the Defaulting Defendants listed on Schedule A, attached hereto;

   b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Rubik's Trademarks and Copyrights; and

   c. take all steps necessary to prevent links to the Seller Aliases identified on Schedule A from displaying in search results.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Rubik's is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit Rubik's Trademarks on products sold through at least the Defendant Internet Stores.

4. Pursuant to 17 U.S.C. § 504(c)(2), Rubik's is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Rubik's Copyrights. The one hundred thousand-

dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Schedule A to the Complaint.

5. PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH), eBay, Inc. ("eBay"), Amazon Payments, Inc. ("Amazon"), Etsy, and Alipay US, Inc. ("Alipay"), and any other online marketplace or payment processor in privity with Defendants, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts, or Defaulting Defendants' websites, identified on Schedule A from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by eBay, PayPal, WISH, Amazon, Etsy, and Alipay, are hereby released to Rubik's as partial payment of the above-identified damages, and eBay, PayPal, WISH, Amazon, Etsy, and Alipay are ordered to release to Rubik's the amounts from Defaulting Defendants' eBay, PayPal, WISH, Amazon, Etsy, and Alipay accounts within ten (10) business days of receipt of this Order.

7. Rubik's shall have the ongoing authority to commence supplemental proceedings as allowed for by Federal Rule of Civil Procedure 69.

8. In the event that Rubik's identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, Rubik's may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses originally identified and served, and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Default Judgment.

Dated: March 17, 2021

                                                John J. Tharp, Jr.
                                                United States District Judge

## SCHEDULE A TO COMPLAINT

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 1 | 102*bestdeals*shop | 42 | beststuffeveryday_01 |
| 2 | 123-honest | 43 | **Dismissed** |
| 3 | **Dismissed** | 44 | bigdeal187 |
| 4 | 199cn-22pqr | 45 | binbigshop |
| 5 | 1bas770 | 46 | blinkbling77_shop |
| 6 | 2012happyboy | 47 | **Dismissed** |
| 7 | 2012yyqtyyqt | 48 | boqiang745 |
| 8 | **Dismissed** | 49 | **Dismissed** |
| 9 | 2017rooster85 | 50 | **Dismissed** |
| 10 | **Dismissed** | 51 | buestiy |
| 11 | **Dismissed** | 52 | **Dismissed** |
| 12 | aadf588 | 53 | cang-joo |
| 13 | **Dismissed** | 54 | **Dismissed** |
| 14 | **Dismissed** | 55 | ccccme |
| 15 | adamstoreonline | 56 | ch0ashop |
| 16 | aeatumpak0 | 57 | chatochatom |
| 17 | aferewdays | 58 | che55_store |
| 18 | afewdays | 59 | cherish814*2014 |
| 19 | afutechnology | 60 | cherrywinterstore |
| 20 | ahdar72 | 61 | cherrzhan48 |
| 21 | airport-lw16 | 62 | chinacosto_com |
| 22 | **Dismissed** | 63 | **Dismissed** |
| 23 | allprotrust | 64 | **Dismissed** |
| 24 | amily.shop | 65 | clement0606 |
| 25 | amporchaito0 | 66 | **Dismissed** |
| 26 | anayarindr0 | 67 | **Dismissed** |
| 27 | andanwiradarm_0 | 68 | cn-8581 |
| 28 | **Dismissed** | 69 | **Dismissed** |
| 29 | anxinbeitrade2019 | 70 | colourful-life |
| 30 | aonanii.store | 71 | cometohere_tobuy |
| 31 | astridstore | 72 | corechee |
| 32 | **Dismissed** | 73 | crazy-vape |
| 33 | autocarsd | 74 | cube168 |
| 34 | yonzh644 | 75 | cubeeee |
| 35 | banglinhshop | 76 | cunningh-89 |
| 36 | barefoot-run | 77 | cuzongyi-0 |
| 37 | belead2017 | 78 | cuzongyi0 |
| 38 | **Dismissed** | 79 | cx_fowzcf |
| 39 | besthingsaroundus | 80 | cyhaz-0 |
| 40 | bestoffer-2u | 81 | dailylittleblessings5778 |
| 41 | bestoffer6 | 82 | damian89theboy |

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 83 | de20194li | 127 | galaxycentre13 |
| 84 | decoratorr | 128 | Dismissed |
| 85 | deutsmart | 129 | gc_supermarket |
| 86 | Dismissed | 130 | gecloud |
| 87 | dhcstore | 131 | gemini.az |
| 88 | dhijsh956jj | 132 | george16852_7 |
| 89 | dias_tan | 133 | gesmartug |
| 90 | digitalworld2080 | 134 | Dismissed |
| 91 | discountyoulife99 | 135 | Dismissed |
| 92 | diy-electronic | 136 | gobuynow18 |
| 93 | do0221 | 137 | goodyear2018 |
| 94 | dodostore2017 | 138 | gracefashion680 |
| 95 | downtownmall | 139 | Dismissed |
| 96 | dreamscometrueboutique | 140 | great*dailydeals |
| 97 | dreamshopmqs | 141 | greatartchina |
| 98 | dsbndjdf | 142 | Dismissed |
| 99 | duca1510 | 143 | Dismissed |
| 100 | duho-89 | 144 | gue799 |
| 101 | Dismissed | 145 | ha_1071 |
| 102 | dvlgstore | 146 | hadnicer |
| 103 | Dismissed | 147 | hanjl_48 |
| 104 | ease-double | 148 | happycorner |
| 105 | easydiyoutlet | 149 | Dismissed |
| 106 | Dismissed | 150 | zaochenen_3 |
| 107 | easyway1707 | 151 | zcp0318 |
| 108 | Dismissed | 152 | yesenia_alegria68 |
| 109 | ekoenig21 | 153 | hebeilanyang-2 |
| 110 | electronicshop118 | 154 | hengtonghuan-111 |
| 111 | Dismissed | 155 | hhsuhfui8988 |
| 112 | Dismissed | 156 | hitra_67 |
| 113 | eric0504_2 | 157 | hmw-0821 |
| 114 | ewsdc5920 | 158 | hoangvatun-0 |
| 115 | fancygardcompany | 159 | home-lamp |
| 116 | Dismissed | 160 | zhangf_95 |
| 117 | fashionhome_9 | 161 | hometrends2018 |
| 118 | fastitemshop | 162 | hong_yao66 |
| 119 | favallior321 | 163 | hongdan2019 |
| 120 | feelingirls | 164 | horizon_electronic |
| 121 | Dismissed | 165 | hotdeal91929 |
| 122 | firstgolbalgoods | 166 | hothair2011 |
| 123 | flutteringshop | 167 | houlangstore |
| 124 | flycoolcompany | 168 | huitonbm |
| 125 | frshop4u2018 | 169 | Dismissed |
| 126 | fuyuantianshi | 170 | hutrant0 |

2

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 171 | hypeduc48 | 215 | Dismissed |
| 172 | hzw-20150902 | 216 | Dismissed |
| 173 | Dismissed | 217 | luluwarehouse |
| 174 | Dismissed | 218 | luzcampi0 |
| 175 | igoldenscrew | 219 | Dismissed |
| 176 | indigateway_shop | 220 | Dismissed |
| 177 | industrial893 | 221 | m1517010 |
| 178 | Dismissed | 222 | yijiapower |
| 179 | iron-qing | 223 | m17346_1 |
| 180 | jdrg5335 | 224 | m52girl_proshop |
| 181 | jiajia5188 | 225 | ma1732_98 |
| 182 | jiangqunying | 226 | ma173293 |
| 183 | Dismissed | 227 | mailiejul |
| 184 | jinhua2015 | 228 | mallroom |
| 185 | jinle8899 | 229 | manh-44 |
| 186 | juicymin | 230 | maokunwu4 |
| 187 | karl_lifu | 231 | market_beauty |
| 188 | karnonnsale13 | 232 | max-goal |
| 189 | kids2019 | 233 | mayunstore |
| 190 | Dismissed | 234 | yonyovin0 |
| 191 | kolisy | 235 | meiguo1501 |
| 192 | konjac | 236 | merryma418 |
| 193 | kriste6338 | 237 | midnightwarrior125 |
| 194 | Dismissed | 238 | minisunshine365 |
| 195 | laisicheun_0 | 239 | misshao123 |
| 196 | Dismissed | 240 | mlqqstore |
| 197 | Dismissed | 241 | momojewelryshop |
| 198 | lamodacraze | 242 | moneytree2000 |
| 199 | lanhaix-53 | 243 | moonb6648 |
| 200 | laris_sweet | 244 | nachantaburi |
| 201 | led-factory-outlet-us | 245 | nancl737 |
| 202 | lemenfashion | 246 | needyouknow |
| 203 | letmetoys | 247 | never*say*die |
| 204 | lhungquo-0 | 248 | Dismissed |
| 205 | li136-0 | 249 | nfhuvnjkiai88 |
| 206 | liang2018 | 250 | nguy_8351 |
| 207 | lichuw-8 | 251 | nguy1123 |
| 208 | lightlyshopping | 252 | nguye_1296 |
| 209 | lijing201788-1 | 253 | nguye_8596 |
| 210 | Dismissed | 254 | nguyenhienshopvn |
| 211 | liraino | 255 | nhoa_16 |
| 212 | lisen888_9 | 256 | nicesumer |
| 213 | lkdgj_30 | 257 | ninja.deals |
| 214 | longu-4311 | 258 | Dismissed |

3

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 259 | nuejia00900qi9 | 303 | small-shop-4u |
| 260 | oasis_mall | 304 | smilelove66 |
| 261 | Dismissed | 305 | soldierstreasure |
| 262 | omnfas | 306 | somthingspecial |
| 263 | orangestoree | 307 | ss.well |
| 264 | Dismissed | 308 | streaming_store |
| 265 | paperfish_store | 309 | sunflowervn |
| 266 | Dismissed | 310 | sunny076986-9 |
| 267 | peachblossom*goodseller | 311 | sunyangm-97 |
| 268 | phanhanshop | 312 | superficial131 |
| 269 | php793 | 313 | superhero_fans |
| 270 | pingdong19969 | 314 | Dismissed |
| 271 | pkshopgame | 315 | superstarseller66 |
| 272 | preciobarato2018 | 316 | suttha892 |
| 273 | zhangyide-9989 | 317 | sweet-0087 |
| 274 | protection_little_ones-shop109 | 318 | sweet668 |
| 275 | punny1919 | 319 | tangtools2018 |
| 276 | puridian_tttt | 320 | tchyled |
| 277 | Dismissed | 321 | terrytan1986 |
| 278 | qubin621 | 322 | thaihstore |
| 279 | qudinht0 | 323 | thaithai456 |
| 280 | Dismissed | 324 | thang-store |
| 281 | rapher18 | 325 | thdaoh-0 |
| 282 | realvipheart | 326 | Dismissed |
| 283 | Dismissed | 327 | Dismissed |
| 284 | relax9x_store | 328 | thimi-75 |
| 285 | richman_35 | 329 | thsupershop |
| 286 | rid_store | 330 | Dismissed |
| 287 | ritera-0 | 331 | tienda_barata |
| 288 | robinsummerstore | 332 | tobeyourbestchoice |
| 289 | romaa_shoppp | 333 | top_electronic1980 |
| 290 | romeo-keychain | 334 | top.4u |
| 291 | roundgo | 335 | topdeal_mart |
| 292 | rubiks-toys | 336 | Dismissed |
| 293 | safesales** | 337 | Dismissed |
| 294 | salonmarket2020 | 338 | tr0687 |
| 295 | sarunhardware | 339 | treschic.customstyle |
| 296 | Dismissed | 340 | tuando_0 |
| 297 | sgert | 341 | tubui_75 |
| 298 | Dismissed | 342 | Dismissed |
| 299 | shop-4-yu | 343 | umkuseller |
| 300 | Dismissed | 344 | Dismissed |
| 301 | shoplish | 345 | usayican1988 |
| 302 | simply_mall2 | 346 | zinovales |

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 347 | vothanhphuong | 391 | BTGEDTL Store |
| 348 | **Dismissed** | 392 | Cathyy Store |
| 349 | vybonz | 393 | Cdragon Official Store |
| 350 | **Dismissed** | 394 | cevent Store |
| 351 | wangfeifei163 | 395 | Champions Cube Store |
| 352 | weekly**savers | 396 | Childhood Toy Store |
| 353 | weicube.cn | 397 | CHINA Toy Factory Store |
| 354 | wheating222 | 398 | cncool 9px Store |
| 355 | wholesale-charm | 399 | DAVGIEN Official Store |
| 356 | wj961_79 | 400 | DiChenne Store |
| 357 | worldnow | 401 | dolls Store |
| 358 | **Dismissed** | 402 | Dropship Toy Store |
| 359 | **Dismissed** | 403 | EASY BIG Official Store |
| 360 | wtjr2064 | 404 | FasotyHome Store |
| 361 | xionjia1 | 405 | Fradoo Store |
| 362 | xiuxiuaifur1 | 406 | Fun Partners For Toy Store |
| 363 | **Dismissed** | 407 | FUNTIMETOYS Store |
| 364 | zoriyas | 408 | gingze toy Store |
| 365 | **Dismissed** | 409 | Godbless-enyu Store |
| 366 | **Dismissed** | 410 | Goux toy Store |
| 367 | **Dismissed** | 411 | Gypsophila Store |
| 368 | Starting Onfoot Shoe Store | 412 | HappyCow Store |
| 369 | SUMOTOY Store | 413 | hengtonghuan toy Store |
| 370 | superprosperous Store | 414 | hourong Official Store |
| 371 | **Dismissed** | 415 | House Lifestyle Store |
| 372 | SweetHomemaker Store | 416 | Intelligence Cubes Store |
| 373 | TC Baby Store | 417 | IQ Cubes Franchised Store |
| 374 | TwinkleCat Children Store | 418 | jimmicky Official Store |
| 375 | TwinkleCat Store | 419 | KAKU Toy Store |
| 376 | Wrenhome Store | 420 | KitchenMall Store |
| 377 | WZ Puzzles Store | 421 | **Dismissed** |
| 378 | Youool House Store | 422 | Le Tao Store |
| 379 | YU XIN Store | 423 | Legoly Blocks Store |
| 380 | 123 Beads Store | 424 | LiDaiTang Store |
| 381 | 3 Children Store | 425 | lingling xu Store |
| 382 | Allure Store | 426 | LINTINGHAN TINGHANLIN Store |
| 383 | Amy Yi 008 Store | 427 | LIQNYI Official Store |
| 384 | Ant Store | 428 | Little surprise gifts Store |
| 385 | **Dismissed** | 429 | luckylink Store |
| 386 | Baby-Lover Store | 430 | Melone Jewelry specialty 8 Store |
| 387 | BB-DD Toy Store | 431 | **Dismissed** |
| 388 | Beeswax Store | 432 | **Dismissed** |
| 389 | BLLRC Franchised Store | 433 | MI Ecological Products Store |
| 390 | bonzamind Store | | |

5

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 434 | Mi Homes Online Store | 478 | Aegis Shield Max Inc. |
| 435 | DISMISSED | 479 | DISMISSED |
| 436 | MM baby DD Store | 480 | ALIELIM |
| 437 | MrEunhae Store | 481 | Alish Haley |
| 438 | DISMISSED | 482 | DISMISSED |
| 439 | OUSUlife Store | 483 | DISMISSED |
| 440 | Oye baby Store | 484 | AODD |
| 441 | Playzone Toy Store | 485 | DISMISSED |
| 442 | DISMISSED | 486 | BEAJADE |
| 443 | richda toy Store | 487 | DISMISSED |
| 444 | Robot Store | 488 | DISMISSED |
| 445 | Shine Me | 489 | Billion flowers |
| 446 | DISMISSED | 490 | DISMISSED |
| 447 | ShinyKing Store | 491 | Boat 101 |
| 448 | Shop1361822 Store | 492 | Bosuuee |
| 449 | Shop1455605 Store | 493 | VM & USA |
| 450 | Shop3516090 Store | 494 | DISMISSED |
| 451 | Shop4379088 Store | 495 | chao shop |
| 452 | Shop4498146 Store | 496 | ChengJi JuJia |
| 453 | Shop4673045 Store | 497 | WUTIPORN |
| 454 | Shop4708045 Store | 498 | DISMISSED |
| 455 | Shop4993097 Store | 499 | City Starlight |
| 456 | Shop5081006 Store | 500 | DISMISSED |
| 457 | Shop601150 Store | 501 | DISMISSED |
| 458 | DISMISSED | 502 | Cloud sea us |
| 459 | Smilingangel Store | 503 | CMH Supply |
| 460 | DISMISSED | 504 | Colimi Co., Ltd. |
| 461 | XIANG | 505 | colory |
| 462 | xiaoyanzhao | 506 | Cubelelo:The Puzzle Store |
| 463 | XIAOYIWUJIN | 507 | DISMISSED |
| 464 | xiamenxitaimaoyiyouxiangongsi | 508 | DISMISSED |
| 465 | xzus | 509 | DAIYU |
| 466 | YGFS | 510 | DISMISSED |
| 467 | DISMISSED | 511 | DISMISSED |
| 468 | DISMISSED | 512 | DISMISSED |
| 469 | DISMISSED | 513 | Dometopia |
| 470 | YuTo | 514 | DISMISSED |
| 471 | zeramaus | 515 | ebuywin |
| 472 | Ziyue | 516 | Elegant4beauty |
| 473 | A tuno | 517 | DISMISSED |
| 474 | DISMISSED | 518 | FashionQualityGoodsShop |
| 475 | DISMISSED | 519 | DISMISSED |
| 476 | acction | 520 | Findbetter Direct |
| 477 | DISMISSED | 521 | DISMISSED |

6

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
| 522 | DISMISSED | 565 | lovetosell123 |
| 523 | FlowerMom | 566 | Magic Jame |
| 524 | FORCEF-F | 567 | DISMISSED |
| 525 | DISMISSED | 568 | mengnesst |
| 526 | FurryFriends** | 569 | MI-Nine-a |
| 527 | DISMISSED | 570 | Ming Horse |
| 528 | Market 24 Direct | 571 | mingming52091 |
| 529 | DISMISSED | 572 | Minsung |
| 530 | DISMISSED | 573 | Miss.AJ |
| 531 | DISMISSED | 574 | mu luo |
| 532 | WensLTD | 575 | DISMISSED |
| 533 | GIFT FULL HOUSE GROUP | 576 | WiShop Inc. |
| 534 | Gifts Delight | 577 | DISMISSED |
| 535 | Gwill | 578 | oldeagle |
| 536 | gxcvsddgtrhgdq | 579 | OSBLI |
| 537 | DISMISSED | 580 | Pausseo |
| 538 | Handicraft JP | 581 | pengfang |
| 539 | HenWah(From HK 15-25 days delivery) | 582 | EXCEPTION |
| 540 | HICBOX | 583 | An Niu |
| 541 | DISMISSED | 584 | DISMISSED |
| 542 | homienly | 585 | porseller4245 |
| 543 | Hongjun Shoes | 586 | Pro-sex life |
| 544 | HU DAN | 587 | Puppey |
| 545 | HUPLUE | 588 | Qenci |
| 546 | DISMISSED | 589 | Qupida |
| 547 | DISMISSED | 590 | DISMISSED |
| 548 | intop store | 591 | Raytzer |
| 549 | JFFKLS | 592 | Wrisky |
| 550 | DISMISSED | 593 | Renovatio Store |
| 551 | Joyfun | 594 | DISMISSED |
| 552 | Joyjam | 595 | RobertSVilla |
| 553 | Kairui1 | 596 | DISMISSED |
| 554 | KIKF | 597 | Serzul |
| 555 | DISMISSED | 598 | DISMISSED |
| 556 | KingWo | 599 | siunj |
| 557 | kuanus | 600 | DISMISSED |
| 558 | LEEEC | 601 | Snowwicase |
| 559 | Lele Yipin | 602 | DISMISSED |
| 560 | DISMISSED | 603 | Svender |
| 561 | LILACORP | 604 | Winlock |
| 562 | DISMISSED | 605 | DISMISSED |
| 563 | DISMISSED | 606 | TecNick |
| 564 | DISMISSED | 607 | DISMISSED |
|  |  | 608 | Theshy Promotion 20-80 |

| No. | Seller Name | No. | Seller Name |
|---|---|---|---|
|  | Coupons | 618 | UNLIMITED BOOKS 4U |
| **609** | ThrSix US | 619 | Unparalleled |
| **610** | **Dismissed** | 620 | Vertarz |
| **611** | **Dismissed** | 621 | wowooking |
| **612** | TOM TOY | 622 | Wall Art Impressions |
| **613** | TopFireDirect | 623 | **Dismissed** |
| **614** | **Dismissed** | 624 | XHMhor |
| **615** | **Dismissed** | 625 | **Dismissed** |
| **616** | twbbt | 626 | **Dismissed** |
| **617** | UgetAll | | |

8