# Exhibit 3



Help / **Account settings** / **Shipping overview** / **Shipping account settings** /
Configure shipping rates and restrictions

# Configure shipping rates and restrictions

Use your **Shipping settings** to set the default shipping service levels you will use for orders you ship to buyers. We require standard shipping for all sellers. All other service levels are optional.

⚙ Go to Shipping settings.

You can set shipping options for specific products by going to **Manage Inventory** and editing the details for products one at a time. Sellers with Professional selling plans can set shipping options for multiple offers at once. See Override shipping settings using a text file template.

## Shipping service levels

**Standard:**

- All sellers must offer standard shipping.
- The default transit time is 4 – 15 business days.
- If you qualify for reduced shipping times, you will also have the option to select a transit time of 3 – 5 business days. See Modify handling time.

**Expedited:**

- The default transit time is 2 – 6 business days.
- If you qualify for reduced shipping times, you will also have the option to select a transit time of 1 – 3 business days. See Modify handling time.

**Two Day:**

- Not all sellers are eligible to offer Two-Day Shipping.
- Find out how you can Qualify for Two-Day Shipping.

FEEDBACK ✕

**One Day:**

One-Day Delivery is not available as a U.S. domestic shipping option for seller-fulfilled orders on Amazon. One-Day Delivery is available for Fulfillment by Amazon orders.

**International:**
The transit time for international orders is 3 – 6 weeks.

**International Expedited:**
The transit time for international orders is 3 – 7 business days.

Use your **Shipping Settings** to set your default service levels, shipping regions, and shipping rates.

 Go to [Shipping settings](#).

Book, Music, Video, and DVD (BMVD) service levels and shipping regions may vary.

You can set your own shipping rates for non-BMVD Products using a **Per-Item/Weight-based** or **Price Banded** model. For more information, see [Set shipping rates](#).

## View your Shipping settings

To view your shipping settings, complete the following steps:

1. From your seller account, select **Settings**, and then select **Shipping Settings**.
2. Select an option:
   - To update your "Ships From" location, in the **Ships From Location** section, click **Edit**. Learn more about [Ships From Location](#).
   - To change or edit your shipping model, click the **Change Shipping Model** button. Learn more about [shipping models](#).
   - If you have enabled your account for BMVD Products, in the **Shipping Settings for Books, Music, Video, DVD** section, click **Edit**. Learn more about [shipping BMVD products](#).

**Note:** Amazon sets the shipping rates for BMVD products; you

cannot change or override them. If you have enabled your account to list BMVD products, your BMVD shipping settings will be below your non-BMVD settings. You can only edit your default shipping service levels for your BMVD products. For more information about shipping settings for BMVD products, including shipping rates, see Change Your Default BMVD Shipping Options. The sections below apply to your non-BMVD shipping options only.

You can select one of the following methods for calculating shipping rates:

**Per-item/weight-based shipping**
If you offer per-item/weight-based shipping, set a charge for each shipment and either a per-pound charge or a per-item charge for handling. When a customer buys your products, Amazon applies your per-shipment charge, and then calculates the appropriate per-pound or per-item charge for each item in the order.

**Price-banded shipping**
If you offer price-banded shipping, create rates that vary by the product price range, such as $0 to $25, $25.01 to $50, $50 and up. Each price band has its own shipping rates. When a customer buys your products, Amazon reviews the total order amount (excluding tax), identifies the band for the total price, and applies your shipping charge for the price band.

Set your shipping model by following these steps:

1. From the **Settings** drop-down menu, select **Shipping Settings**.
2. In the **Shipping Model** section, click **Change Shipping Model**.
3. Select the model you want to use, and click **Continue**.

Sellers that offer price-banded shipping or per-item/weight-based shipping can enable **Free Economy Shipping**. You must delivery Free Economy Shipping orders within 5-8 business days (1 day for handling and 4-7 days for shipping). Free Economy Shipping is available for continental U.S. street and P.O. box addresses.

**Note:** You will not be able to adjust the shipping charge for Free Economy Shipping.

To enable Free Economy Shipping, follow these steps:

1. Go to **Settings**, and select **Shipping Settings**.
2. Click **Edit** on the top right of the **Shipping Rates** section.
3. Check the address types you'd like to offer, and click **Continue**.

These options are also available for offering free shipping:

- Set your shipping price to $0 for any other ship option (such as Standard).
- Upload a shipping override file. You can also use the shipping override file to set up free shipping for specific products instead of applying it to your entire inventory.
- Use the price-banded model and create a price band (such as $35 and up) with the shipping charge set to $0.
- Use Fulfillment by Amazon (FBA). FBA orders are eligible for free shipping.

For more information about these methods, see Set shipping rates.

Use your **Shipping Settings** to customize the geographic regions you ship to and the service levels for each region. When you offer a shipping option, you agree to meet a Service Level Agreement (SLA). The SLA is your promise that the order will arrive within the standard number of days for that shipping method. For more information, see Shipping Regions and Service Level Agreements.

Whether you modify your current model or change models, you must indicate your regions and service levels:

1. From the **Account Info** page, go to the **Shipping and Returns Information** section and select **Shipping Settings**.
2. In the "Shipping Model" section, click **Edit**.
3. On the **Select the Regions and Service Levels You Support** page, check or uncheck the boxes to enable or disable regions and service levels.
4. Click **Continue**.

Per-item/weight-based shipping is the default shipping model. The default per-shipment charge for standard shipping is $4.49, and the default per-weight charge is $0.50 per pound.

The regions you enable for at least one service level (including P.O.

Boxes and APO and FPO destinations) appear in the **Shipping Rates** table. If a region does not show in this table, you did not check the box to support shipping to that region in the previous step.

1. On the **Set Your Shipping Rates** page, in the **Rate Components** column, select whether you want to add a **per-weight** or a **per-Item** charge for each supported service level.
2. In the rate text boxes, type the amounts you want to charge for shipping.
3. Click **Continue**, and then click **Confirm**.

Changes will not take effect for at least 4 hours. You have 1 hour to make changes before they are locked in.

# Overview

You can use the Shipping settings feature to view and edit your shipping rates and your shipping restrictions, including your *shipping regions* (such as Continental U.S. or Canada) and your *service levels* (such as Standard or Expedited service). The setting you choose for each region must meet a *Service Level Agreement* (SLA), which is your promise to deliver your products to customers within a certain number of days after the time you send the order out for shipment.

By default, your account has a set of these shipping rates and restrictions. If you want to use these default settings, you can leave them the way they are. Otherwise, you can use the Shipping settings feature to customize your shipping settings to meet the needs of your business.

> **Note:**
> The shipping settings you choose appear automatically on the shipping settings Help pages that customers see when they view your custom Help pages. See [Your Information & Policies page](#) for more information.
>
> You use the Shipping settings feature to set permission levels for users on your account, so that some users can just view the Shipping settings, while others can view and edit these settings.

> **Note:** The Shipping settings feature appears on the **Settings** link if you have the user permission to use this feature. You can change user permissions on the Settings link, under **User Permissions**. Only the primary account holder for your account (and not Amazon Payments) can grant permission to use this feature. To gain access to this feature, contact the primary account holder for your account. (The primary account holder is the person who initially registered with Amazon Payments.)

## The default shipping settings

Amazon Payments provides a set of default shipping settings that you can then customize. The default settings are as follows:

- Shipping Methodology: Item-based shipping
- Shipping Rate: $4.49 per-shipment + $0.50 per-pound
- Shipping Regions: Continental U.S., Hawaii and Alaska, U.S. Protectorates, and APO and FPO addresses
- P.O. Box Enabled: Yes, for all three regions

You can change these settings using the Shipping settings feature.

## Methods for calculating shipping rates

You use the Shipping settings feature to select the method you use to calculate your shipping rates. You can calculate shipping rates for item-based or price-tier shipping:

- **Item-based shipping** - If you offer item-based shipping, you can set a flat per shipment charge and either a per-pound charge or a flat per product charge for handling. When customers purchase your products, Amazon Payments applies a single per-shipment charge, and then uses your shipping settings to calculate the appropriate per pound or per-product charge for each product in the order.
- **Price-tier shipping** - If you offer price-tier shipping, you create ranges of prices, such as $0 to $25, $25.01 to $50, and $50 and up. Each price tier has its own shipping rates. When customers purchase your products, Amazon Payments reviews the total order (excluding tax) and identifies the tier to use to calculate the shipping charge.

# Shipping regions, shipping service levels, and service level agreements

You can use the Shipping settings feature to customize the regions (geographic areas) you ship to and the service levels you support for each region. You can ship to seven regions (see SLA table below), and you can select from two pre-defined shipping service levels: Standard and Expedited.

> **Note:**
> If you offer a particular service level, you are committing to meet the delivery service level agreement (SLA) associated with the shipping service level. For example, the SLA for Standard shipping in the Continental U.S. is 3-7 days. If a customer places an order with you and wants Standard shipping, you are responsible for delivering the order within 3-7 business days from when the order ships. (This doesn't mean that you deliver it yourself; it means that you pick a responsible delivery method that can guarantee the delivery, and that you have methods in place to track the delivery and deal with delays.) If you cannot commit to the delivery in the SLA for a given region and category of service, then do not enable that region and category of service.

The delivery SLA for each region is as follows:

| Shipping region | Standard shipping | Expedited shipping |
| --- | --- | --- |
| Continental U.S. | 3-7 days | 1-3 days |
| Alaska / Hawaii | 3-7 days | 1-4 days |
| U.S. Protectorates (American Samoa, Guam, Marshall Islands, Federated States of Micronesia, Northern Mariana Islands, Palau, Puerto Rico, and the Virgin Islands) | 4-8 days | 2-4 days |
| Canada | 5-10 days | 2-4 days |
| Europe (Albania, United Kingdom, | 10-20 | 2-4 days |

| | | |
|---|---|---|
| Germany, France, Netherlands, Italy, Switzerland, Spain, Sweden, Turkey, Ireland, Denmark, Norway, Belgium, Portugal, Greece, Finland, Austria, Iceland, Poland, Croatia, Slovenia, Russia, Czech Republic, Cyprus, Luxembourg, Hungary, Malta, Estonia, Latvia, Romania, Bulgaria, Ukraine, Bosnia-Herzegovina, Lithuania, Slovakia, Monaco, Macedonia, Greenland, Gibraltar, Liechtenstein, Metropolitan France, Faroe Islands, Georgia, Andorra, Belarus, Yugoslavia, Vatican City State (Holy See), San Marino, Svalbard and Jan Mayen Is., Serbia, Montenegro, and Kosovo) | days | |
| Asia (Japan, Australia, South Korea, Hong Kong, New Zealand, Taiwan, Singapore, Malaysia, Thailand, China, Philippines, India, Indonesia, Sri Lanka, Vietnam, Macau, Brunei, Darussalam, French Polynesia, Fiji, Papua New Guinea, New Caledonia, Nepal, Bangladesh, Vanuatu, Lao People's Democratic Rep., Cambodia, Mongolia, Maldives, Cook Islands, Bhutan, Samoa, Solomon Islands, Tonga, Myanmar, Kiribati, Niue, Tuvalu, Nauru, Christmas Island, East Timor) | 10-16 days | 2-5 days |
| Outside US, Europe, CA and Asia (Central and South America, Mexico, South Africa and all other countries) | 10-20 days | 2-5 days |

**Note:**
The information in your shipping settings appears to customers when they view your My Info & Policies pages.

# Latency

When you change your Shipping settings, the changes take effect four hours after you click **Save Changes**. You can make changes to the shipping settings within the first hour after you click **Save**

**Changes**, and the changes will all take effect at the same time. If you wait longer than an hour to make changes, then you cannot make changes to what will take effect. This latency gives you an hour to change your mind, but after an hour, your changes are "locked in" and will take effect after an additional three hours pass.

Here's an example of how this works:

- At 12 noon, you click **Save Changes** after changing the shipping rates. The changes take effect at 4:00 p.m.
- At 12:30 p.m., you make another change to the shipping rates. The change still will take effect at 4:00 p.m.
- At 1:00, your changes are "locked in." At this point, you can no longer make changes, and you cannot stop the shipping settings from taking effect at 4:00 p.m.
- At 1:05, you make yet another change. When you click **Save Changes**, then the changes will take effect at 5:05.
- At 4:00 p.m., your first set of changes takes effect.
- At 5:05 p.m., your second set of changes takes effect.

> **Note:** While this latency period gives you a one-hour window to adjust the shipping settings or to change your mind, after the one-hour window, your changes to the shipping settings are "locked in" and you cannot change them or stop them.

# The total delivery time

The total delivery time is the time it takes you to handle (process) the order, plus the time it takes your delivery service to get the order to customer.

Handling time + Transit time = Delivery time

# View your shipping settings

1. On the **Settings** link, click **Shipping Settings**.
   *The Current Shipping Rates and Settings page appears:*

**Using item-based shipping settings**

You use the shipping settings feature to configure your item-based shipping settings.

> **Note:**
> Item-based shipping is the default type of shipping. However, the default per-shipment charge is $0.00, and the default per-item charge is $0.00 per pound. If you do not change your shipping settings, then there will be **no** shipping cost charges.

**How item-based shipping works**

When you use item-based shipping, Amazon Payments charges the customer a single per-shipment charge, and then uses your shipping settings to calculate the appropriate per-pound or per-product charge for each product in the order.

For example, suppose you use a per-shipment charge of $4.49 and a per-pound charge of $0.50/lb. A customer purchases two products from you, a 100 lb. television and a 5 lb. DVD player. Amazon Payments calculates the total shipping charge to the customer as follows:

| Product | Qty | Weight (lbs.) | Flat rate per shipment | Per-pound charge |
|---|---|---|---|---|
| Television | 1 | 100 | $4.49 | $0.50 |
| DVD Player | 1 | 5 | $4.49 | $0.50 |

Therefore, for this shipment, Amazon calculates the shipping charges as follows:

| Shipping charges | $4.49 | + | $50.00 | + | $2.50 | = | $56.99 |
|---|---|---|---|---|---|---|---|
| | (Per-shipment charge) | | (100 x $0.50, weight charge for the TV) | | (5 x $0.50, weight charge for the DVD player) | | ($4.49 + $50.00 + 2.50) |

Or, suppose you set a per-shipment charge at $3.99 and per-product charge at $0.99. A customer orders two products from you, a sapphire pendant and a diamond tiara. Amazon Payments calculates the total shipping charge to the customer as follows:

| Product | Qty | Weight (lbs.) | Flat rate per shipment | Per-pound charge |
|---|---|---|---|---|
| Pendant | 1 | n/a | $3.99 | $0.99 |
| Tiara | 1 | n/a | $3.99 | $0.99 |

Therefore, for this shipment, we calculate the shipping charges as follows:

| Shipping charges | $3.99 | + | $0.99 | + | $0.99 | = | $5.97 |
|---|---|---|---|---|---|---|---|
| | (Per-shipment charge) | | (Per-item charge for the pendant) | | (Per-item charge for the tiara) | | ($3.99 + $0.99 + $0.99) |

**Note:**
Your shipping rates and restrictions automatically appear on your shipping Help pages when customers view the Your Information & Policies page. You can edit the information on your Help pages so customers can make better purchase decisions. See Your Information & Policies page for more information about customizing your Help pages.

**Add a region and rate to your item-based shipping settings**

1. On the **Settings** link, click **Shipping Settings**.
   The Current Shipping Rates and Settings page appears.

2. Click **Edit Regions and Service Levels**.
   The Select Regions and Service Levels page appears.

3. Click an empty region check box to select it.

4. Click **Continue**.

    The Set Your Shipping Rates page appears. If you added a region with a default shipping charge (such as Expedited Continental U.S. Street), the charge is filled in for you.

5. In the shipping rate boxes, type the dollar amounts you want to charge for shipping.
   The regions you enabled for at least one service level (including PO Boxes and APO/FPO destinations) appear in the summary table. If a region does not show up in this table, you do not support shipping to that region.

6. If you want, you can change the type of charge using the per Shipment drop-down box

7. After you make the changes you want, click **Continue**
   The Confirm Your Settings page appears. Changes to your rates appear as bold and highlighted text.

8. Click **Confirm** to save your changes.
   The Shipping settings page appears, showing that you updated your shipping rates. Note that the changes will not take effect for at least four more hours; you have one hour to make changes before they are final.

# Setting and editing price tiers

You can use the Shipping settings feature to view and edit price-tier shipping settings. You can create up to ten unique sets of price tiers for each region.

# How price-tier shipping works

For each price-tier you create, you must set shipping rates for the service levels in each enabled region. If you do not enable shipping service for a region, then that region will not have editable rate fields. All shipping rates must be greater than or equal to $0.00. For example, here is a Shipping Price-tier table for the Continental U.S. region. This table shows three different price-tiers, with different values for Standard or Expedited shipping:

| Price-tiers | Standard | Expedited |
| --- | --- | --- |
| $0.00 - 50.00 | $5.00 | $7.00 |

| | | |
|---|---|---|
| $50.01 - 80.00 | $7.00 | $9.00 |
| $80.01 - up | $12.00 | $15.00 |

Suppose a customer orders two products from you, a bracelet that costs $24.99 and a watch that costs $82.50, and the customer wants Expedited Shipping. Amazon Payments calculates the total shipping charge to the customer as follows:

| $24.99 | + | $82.50 | = | $107.49 | + | $15.00 | = | $122.49 |
|---|---|---|---|---|---|---|---|---|
| *bracelet* | | *watch* | | *(total)* | | *shipping charge* | | |

> **Note:**
> - Your shipping rates and restrictions automatically appear on your shipping Help pages when customers view Your Information & Policies pages. You can edit the information on your Help pages so customers can make better purchase decisions. See Your Information & Policies page for more information about customizing your Help pages.
> - You must use the Shipping Settings feature to switch from the default item-based shipping to price-tier shipping before you can edit these rates
> - The first time you set up price-tier shipping, only the upper bound limit for the lowest band is available, and it is pre-populated with "Up." When you type a value for the upper bound dollar value, the lower bound dollar value for the second band, $0.01 above the upper bound dollar value for the first band, appears automatically.

## Changing shipping methods

You switch between item-based and price-tier shipping using the Shipping settings feature.

> **Note:**
> - Changes to your shipping methods do not appear to customers until after the four-hour latency period.
> - When you change to price-tier shipping for the first time, the

price-tiers are blank. You must enter new values for your price-tiers before you can use this method of calculating shipping charges.
- When you switch from one method to another, you lose the settings for the current method. That is, if you switch from price-tier to item-based shipping, then you lose your current set of price tiers.

# Switch to price-tier shipping

1. On the **Settings** link, click **Shipping Settings**.
   *The Current Shipping Rates and Settings page appears.*

2. Click **Change to price-tier shipping**.
   *The Set Regions page appears.*

3. Make any changes you want to the regions you support, and then click **Continue**.
   *The Set Your Shipping Rates page appears.*

4. To create the first new price tier, click **Add another band**.
   *A blank row appears below the first band.*

5. Add the price-tier by typing a value into the upper bound dollar value for the first band in the list.
   *For example, you can type 14.99 in the first box to set the first price tier to $0.00 through $14.99.*

6. Click in the **Rate box**, then type the rate charge.
   *For example, you can type 8.00.*

7. If you want to add another price tier, click **Add another band again** and then enter the tier upper value and the rate.
   *The last tier must always use "Up" as the final value.*

8. When you are done, click **Continue**
   *The Confirm Your Settings page appears. Changes to your rates appear as bold and highlighted text.*

9. Click **Confirm**.
   *The Current Shipping Rates and Settings page appears, showing that*

*you updated your shipping rates.*

## Setting shipping user permissions

Only users with permission to use the Shipping Settings can change the shipping settings. You use the Permissions Manager to set permission levels for users on your account. There are three levels of permissions:

- **View and Edit**: Users with View and Edit permissions can create and modify shipping configurations.
- **View Only**: Users with View Only access can only view shipping configurations.
- **No access**: Users with No access have no access to this feature.

The primary account holder should carefully specify view and edit permissions for users so that unauthorized accounts cannot create or modify shipping terms.

> **Note:** The Shipping settings feature only appears on the Settings link if you have permissions to use this feature. Only the primary account holder for your account (not Amazon Payments) can grant you permission to use this feature. Contact them to gain access to this feature. (The primary account holder is the person who initially registered with Amazon Payments.) You can change user permissions on the Settings link.

You can use **Shipping Settings** to view and edit price-banded shipping settings. You can create up to ten unique sets of price bands for each region and service level.

To add a new rate, follow these steps:

1. On the **Set Your Shipping Rates** page, delete the word Up and type the upper amount for the band (such as 100.00).
2. In the **Shipment Rate** box, type the amount you want to charge for shipping for orders that fall into the current band.
3. You can continue to add more rate bands by deleting Up and typing a new value and rate.
4. If you need a new band, click **Add more bands**.

- Your last band must always contain Up as the upper value.
- You must enter a shipment rate for the last band.

5. When you have finished adding the rates you want, click **Continue**.
6. Review your changes and click **Confirm**.

Changes will not take effect for at least 4 hours. You have 1 hour to make changes before Amazon finalizes them.

此页面对您是否有帮助？　　○ 是　　○ 否



**Related articles**

Migrate to the new shipping settings

Configure shipping rates and restrictions

Shipping Region Automation

Shipping Settings Automation

Faster Regional Transit Time

**Need more help?**

Visit Seller Forums

Contact Seller Support

Help | Program Policies    English ▼    © 1999-2020, Amazon.com, Inc. or its affiliates