IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBIK'S BRAND, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 20-cv-05338 <br><br> **Judge John J. Tharp, Jr.** <br><br> **Magistrate Judge Jeffrey I. Cummings** |

### Declaration of Justin R. Gaudio

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. **Exhibit 1** attached hereto is a true and correct copy of the article Jon Emont, *Amazon's Heavy Recruitment of Chinese Sellers Puts Consumers at Risk*, Wall St. J. 1-2 (Nov. 11, 2019).

3. I accessed Amazon.ca and viewed a product listing page with my location set as the United States. The product listing stated "[t]his item cannot be shipped to your selected delivery location. Please choose a different delivery location." **Exhibit 2** attached hereto is a true and correct copy of a screenshot of the product listing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 24th day of March 2021 at Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
Counsel for Amici Levi Strauss & Co., H-D U.S.A., LLC, Entertainment One UK Ltd., Chrome Hearts LLC, and Deckers Outdoor Corporation