# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

XYZ Corporation

                        Plaintiff,

v.

                        Case No.:
                        1:20−cv−05338
                        Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 29, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:The motion for leave to file a motion for reconsideration, or in the alternative, clarification of court's order instanter as amicus curiae [84] is denied and, accordingly the Clerk is directed to strike the amici's motion itself, docketed at [85] from the docket. Amici have not demonstrated that they have standing to bring a motion for reconsideration. They are not parties in this case and are not bound by or otherwise subject to the Judgment Order at issue. The mere fact that amici believe the Judgment to have been entered in error does not provide a basis for them to participate in this particular action. The Judgment Order applies only to two partiesthe plaintiff and defendant Yoyolyand otherwise has no precedential effect. Should amici face a challenge to personal jurisdiction over a defendant based on similar facts, this Judgment will not preclude them from making any argument, or presenting any evidence, they deem appropriate. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.